

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00155-CV

**BEXAR COUNTY HOSPITAL** d/b/a University Health System,
Appellant

v.

Paul Douglas **HARLAN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11941
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Paul Douglas Harlan, recover his costs of this appeal from appellant, Bexar County Hospital d/b/a University Health System.

SIGNED August 5, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice